JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR05-5733FDB |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| NATHAN MILLER, ) | |
| Defendant. ) | |

Upon motion of the defendant to continue the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be continued to January 17, 2006.

DONE this 20th day of December, 2005.

_____
JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_____    _____
Russell V. Leonard                                Gregory Gruber
Assistant Federal Public Defender         Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL MOTIONS DEADLINE     1
CR05-5733FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**